FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV 30 PM 3:51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:22CR 100** |
| Plaintiff, | : | |
| | : | JUDGE **J. BARRETT** |
| v. | : | |
| | : | **INDICTMENT** |
| TAVIYON BROUSSARD, | : | |
| | : | 18 U.S.C. § 922(o) |
| Defendant. | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about November 8, 2022, in the Southern District of Ohio, the defendant, **TAVIYON BROUSSARD**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock Model 26 Gen 5 9 millimeter semi-automatic firearm modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **TAVIYON BROUSSARD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- a Glock Model 26 Gen 5 9 millimeter semi-automatic firearm bearing serial number ADNC620 with any attachments;

- a machinegun conversion device comprising a 3D printed polymer replacement Glock slide cover plate; and

- approximately thirty-three rounds of 9 millimeter ammunition.

                                    A TRUE BILL

                                    _____/S/_____
                                    GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Ashley N. Brucato*
ASHLEY N. BRUCATO
ASSISTANT UNITED STATES ATTORNEY

2

EG